JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

**Attorney for Plaintiff**
**BECKY BERNSHAUSEN**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| BECKY BERNSHAUSEN, | No.   2:21-cv-01520-DMC(SS) |
| Plaintiff, | |
| v. | ORDER |
| Kilolo Kijakazi, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

For good cause shown based on counsel's declaration of the need for additional time for Plaintiff to receive notice of benefits granted on a separate claim, the requested extension of plaintiff's time to file a motion for summary judgment is GRANTED. Plaintiff's motion for summary judgment is due May 23, 2022.

SO ORDERED.

Dated:  April 28, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 1