**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**BECKY BERNSHAUSEN**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### -o0O0o-

| | |
|---|---|
| **BECKY BERNSHAUSEN,** | No.   **2:21-cv-01520-DMC(SS)** |
| **Plaintiff,** | |
| **v.** | **ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **Kilolo Kijakazi,**<br>**COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

_____/

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to May 30, 2022.

This further extension is requested because plaintiff's counsel unexpectedly had to do draft an additional motion for summary judgment in one of these cases, because of counsel's unusually heavy hearing schedule over this immediate past week, and because of what was mentioned previously, that plaintiff may be able to provide certain somewhat relevant information.

This is an unusual number of requests for the undersigned counsel, but the total time they comprise is less unusual.

Dated: May 20, 2022                                             /s/    *Jesse S. Kaplan*

                                                                JESSE S. KAPLAN
                                                                Attorney for Plaintiff



Dated: May 20, 2022                                             */s/ per e-mail authorization*

                                                                PATRICK SNYDER
                                                                Special Assistant U.S. Attorney
                                                                Attorney for Defendant




**ORDER**

Dated: May 24, 2022

                                                                DENNIS M. COTA
                                                                UNITED STATES MAGISTRATE JUDGE