UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY BERNSHAUSEN, ) | CIVIL NO. 2:21-cv-01520-DMC |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| vs. ) | |
| ) | |
| KILOLO KIJAKAZI, Acting Commissioner ) | |
| Of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED, by and between Becky Bernshausen ("Plaintiff") and Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment (ECF No. 14) be extended to July 29, 2022.  Plaintiff shall file any reply on or before August 15, 2022.  This is the Parties' third request for an extension of time in the above-captioned matter, and it is the first extension of time requested concerning Defendant's response to Plaintiff's Motion for Summary Judgment.  The Parties respectfully seek this extension of time because the above-captioned matter is being transferred to a new defense attorney who requires additional time to adequately address the issues Plaintiff raises in her Motion for Summary Judgment.  Defense counsel apologizes to the Court and Plaintiff for the untimeliness of this request.  This matter was inadvertently

assigned to the undersigned counsel with the incorrect deadline calendared for Defendant's response to Plaintiff's Motion for Summary Judgment.

Date:  June 28, 2022                         JESSE S. KAPLAN ATTORNEY AT LW

By:  /s/  *Jesse S. Kaplan**
JESSE S. KAPLAN
(*Authorized as to form by e-mail on June 28, 2022)
Attorneys for Plaintiff

Date:  June 28, 2022                         PHILLIP A. TALBERT
United States Attorney

By:  /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney

## ORDER

Pursuant to stipulation, good cause appearing, IT IS SO ORDERED.

Dated:  July 6, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER                                       CASE NO.: 2:21-cv-01520-DMC